```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PAUL A. HEMESATH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 3:09-MJ-00082-CMK |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) CONTINUING PRELIMINARY |
| ANTONIO GUERRERO, and FRANCISCO GARIN, | ) EXAMINATION |
| Defendant(s). | ) |

STIPULATION

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Paul A. Hemesath, counsel for the plaintiff, and defendant Francisco GARIN, by and through his counsel Dan Koukol, that good cause exists to extend the preliminary examination currently set for December 31, at 10:30 a.m. to January 8, 2010, at 2 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d).

///

///

///

///

1

Good cause exists to extend the time for the preliminary examination within the meaning of Rule 5.1(d) because of conflicting schedules and preparation issues, and because both parties have provided their consent to such extension of time.

DATED: December 30, 2009           /s/ Dan Koukol
                                   DAN KOUKOL
                                   Attorney for Defendant
                                   FRANCISCO GARIN

DATED: December 30, 2009           /s/ Paul A. Hemesath
                                   PAUL A. HEMESATH
                                   Assistant U.S. Attorney

                                ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, IT IS HEREBY ORDERED THAT:

1. The Court finds good cause to extend the Preliminary Examination currently set for December 31, 2009, at 10:30 a.m. to January 8, 2010, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d).

DATED: December 30, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE