1  J. TONY SERRA, SBN 32639
   KALI S. GRECH, SBN 238461
2  506 Broadway
   San Francisco CA 94133
3  Tel: 415/986-5591
   Fax: 415/421-1331
4
   Attorney for Defendant
5  FRANCISCO GARIN

6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,        CR 10-09 FCD
12
            Plaintiff,              STIPULATION AND ORDER TO
13                                  CONTINUE STATUS HEARING
        v.
14                                  Date: July 11, 2011
   ANTONIO GUERRERO and             Time: 10:00 a.m.
15 FRANCISCO GARIN,                 Judge Damrell

16          Defendants.
   _____/
17
        THE PARTIES HEREBY STIPULATE AND AGREE to continue the
18
   hearing presently set for the date and time indicated above, to
19
   September 19, 2011, at 10:00 a.m., for status conference; and to
20
   exclude time under the Speedy Trial Act, based on the following:
21
        1.   Counsel for Mr. Garin has contacted all involved
22
   parties, and has determined that all parties are generally in
23
   agreement that this matter should be continued, for further
24
   status.
25
        2.   Accordingly, the parties mutually request that the
26
   above date be vacated and that the matter be continued to 10:00
27
   a.m. on September 19, 2011.
28

1    3.    The parties stipulate that the time is excludable from

2  the time limitations of the Speedy Trial Act because the

3  interests of justice are served by granting a continuance.  This

4  continuance, requested by the parties, will permit continuity of

5  counsel, and allow the reasonable time necessary for effective

6  preparation, taking into account the exercise of due diligence.

7  18 U.S.C. sections 3161(h)(8)(A) and (B)(iv).

8    THE PARTIES THEREFORE STIPULATE that the hearing be

9  continued from July 11, 2011, to September 19, 2011, with time

10  continuing to be excluded as specified above, such that the ends

11  of justice served by granting such a continuance outweigh the

12  best interests of the public and the defendant in a speedy

13  trial.

14    Dated: July 7, 2011

15

16   /s/ J. TONY SERRA                     /s/ JEFFREY STANIELS
   J. TONY SERRA                        JEFFREY STANIELS
17  Attorney for FRANCISCO GARIN          Attorney for ANTONIO GUERRERO

18

19   /s/ PAUL ANDREW HEMESATH
   PAUL ANDREW HEMESATH
20  Assistant U.S. Attorney

21

22

23

24

25

26

27

28

1

**ORDER**

2      Good cause appearing, and based upon the stipulation of the

3 parties,

4      **IT IS HEREBY ORDERED** that the hearing in this matter is

5 continued to September 19, 2011, at the hour of 10:00 a.m., and

6 that time is excluded as stipulated.

7      Dated: July 8, 2011

8

9                                    _____

10                                   FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**PIER 5 LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

28

3